CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JAN 14 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| AAMIR DARIN BROWN, | ) | Civil Action No. 7:08-cv-00353 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, | ) | By: Hon. Glen E. Conrad |
|    Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that the motion to dismiss is **GRANTED**, the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED,** and the action is **STRICKEN** from the active docket of the court.

**ENTER**: This 13th day of January, 2009.

_____
United States District Judge